IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE WILLIAMS,
     Plaintiff,

vs.                                                     Case No.:  3:09cv371/LAC/CJK

W. MCNEAL, et al.,
     Defendants.

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Plaintiff also filed motions to proceed *in forma pauperis* (docs. 2 and 5), which were granted.  Because of deficiencies in plaintiff's complaint, he was advised that he should file an amended complaint and was given twenty-eight days to do so.  (Doc. 20).  Plaintiff's first two amended complaints were found deficient, and he ultimately filed a third amended complaint.  (Doc. 33).  Plaintiff, however, failed to provide service copies and was given twenty-one days in which to do so.  (Doc. 45).

Having received no service copies from plaintiff, the court issued an order requiring him to show cause why this case should not be dismissed.  (Doc. 48).  To date, plaintiff has failed to file service copies of his third amended complaint or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.      That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's

failure to prosecute and failure to comply with orders of the court.

2.      That the clerk be directed to close the file.

DONE AND ORDERED this 3rd day of July, 2012.


/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE


## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).