IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE WILLIAMS,
    Plaintiff,

vs.                                      Case No.  3:09cv371/LAC/CJK

W. MCNEAL, et al.,
    Defendants.
_____

O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 3, 2012.  (Doc. 51).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    This cause is DISMISSED WITHOUT PREJUDICE  for plaintiff's failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

DONE AND ORDERED this 10th day of August, 2012.

                                                *s/L.A. Collier*
                                                LACEY A. COLLIER
                                                SENIOR UNITED STATES DISTRICT JUDGE